AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Michael Woolf | ) Case No. 09-6280-BSS |
| | ) | |
| | ) | FILED by _____ D.C. |
| Defendant | ) | JUL 21 2009 |
| | | STEVEN M. LARIMORE |
| | | CLERK U.S. DIST. CT. |
| | | S.D. of FLA. – FT. LAUD. |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __7/17/09__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant violated __18__ U.S.C. § __2422(b)__, an offense described as follows:

The defendant, using a facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense.

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Joe Vella, Special Deputy United States Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/21/2009__

_____
*Judge's signature*

City and state: __Ft. Lauderdale, Florida__

Barry S. Seltzer, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joe Vella, being duly sworn, depose and state:

1. I am a Detective with the Broward County Sheriff's Office ("BSO"). For the last eight years, I have been assigned to the South Florida Internet Crimes Against Children ("ICAC") Task Force. Currently, I investigate crimes involving the exploitation of children via the Internet. I have participated in numerous investigations involving persons who collect and distribute child pornography, as well as persons who use the Internet to solicit and meet children for sexual activity. I also have received extensive training in the area of child exploitation via the Internet through ICAC. Finally, I have been federally deputized as a Special Deputy United States Marshal.

2. This affidavit is made in support of a criminal complaint against Michael WOOLF. As set forth in detail below, I respectfully submit that there is probable cause to believe that WOOLF, using a facility and means of interstate commerce, has knowingly attempted to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

3. This affidavit is based on my own personal knowledge, as well as information provided to me by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included every fact I know about this investigation.

### CRIMINAL STATUTES INVOLVED

4. Title 18, United States Code, Section 2422(b) makes it a federal criminal offense for any person to use any facility or means of interstate or foreign commerce, which includes the

1

Internet, to knowingly attempt to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense.

5. Florida law criminalizes sexual activity between an adult and a child under the age of 16. Florida Statutes § 800.04(4)(a) makes it a second degree felony for any adult to engage in sexual activity with a person 12 years of age or older but less than 16 years of age. Florida Statutes § 800.04(5) also makes it a second degree felony for any adult to intentionally touch in a lewd or lascivious manner the sexual organs of a minor, whether over or under clothing. Pursuant to Florida Statutes § 800.04(3), it is no defense to these violations if the perpetrator is ignorant of the victim's age, if the victim misrepresents her age, or if the perpetrator has a bona fide belief that the victim is over age sixteen.

## THE INTERNET, INSTANT MESSAGING, AND CHAT ROOMS

6. The Internet is a worldwide computer network which connects computers and allows individuals to communicate with each other and transfer information and data across state and national boundaries. Individuals who utilize the Internet can communicate by using, among other things, electronic mail and instant messaging ("IM"). IM allows individuals to send and receive messages, including photographs, in real time.

7. Companies providing Internet services also often provide their customers with access to "chat rooms." Chat rooms allow individuals to meet via the Internet and discuss similar interests. When individuals meet in chat rooms, they can communicate directly with each other via IM. I am aware from training and experience that individuals who try to entice children to engage in sexual acts via the Internet commonly use chat room and IM in committing the crimes.

8. America Online ("AOL") is a commercial computer service that offers Internet services to its subscribers. It also provides IM and chat room services. The computer servers used to transmit IM messages by AOL are located outside of the state of Florida. Accordingly, communicating via AOL involves the use of a facility of interstate commerce.

## FACTUAL BACKGROUND

9. On July 15, 2009 and July 17, 2009, I was working in an undercover capacity within the AOL chat network. On those dates, I was using an undercover screen name and posing as a fourteen-year-old female. I was in an AOL chat room called "lovemucholdermen1."

10. On July 15, 2009, I participated in an online chat from approximately 7:08 p.m. to 7:57 p.m. with an individual using screen name "MIKE4RUMIAMI1." During the chat, the individual using screen name MIKE4RUMIAMI1 described himself as a twenty-eight-year-old male living in Miramar, Florida. During the chat, he sent me a picture of himself and his phone number. The individual in the picture was later identified as WOOLF. During the chat, I used the persona of a fourteen-year-old female in the Ft. Lauderdale, Florida area. I also sent MIKE4RUMIAMI1 a photograph that I claimed was a picture of me. The picture was actually that of a female BSO employee, taken when the employee was fourteen years old.

11. On July 17, 2009, I again participated in a chat from approximately 1:50 p.m. to 4 p.m. with the individual using screen name MIKE4RUMIAMI1. During the chat, I again stated that I was fourteen years old. I also sent another picture to MIKE4RUMIAMI1, and he sent me another picture of himself as well. The picture MIKE4RUMIAMI1 sent was later identified as a picture of WOOLF.

12. During the July 17, 2009 chat, MIKE4RUMIAMI1 made a number of statements, including the following:

3

  a. When I stated I was probably too young for him, MIKE4RUMIAMI1 replied, "It be easier if u were 18 but we cant change that."

  b. When I stated I had to take a break from the chat to use the restroom, MIKE4RUMIAMI1 replied, "Can I wipe?"

  c. In response to MIKE4RUMIAMI1's inquiry, I stated I thought about "sex stuff," but that I was sure he knew more than me. He replied, "Well im suppose to but I can teach u if u wanted . . . im sure ill teacg [sic] you right."

  d. After I stated that I "tried oral" on my boyfriend, MIKE4RUMIAMI replied, "Did ge [sic] do oral on u? . . . Would u let me? . . . Ull love it . . . Ill do it to u if u wanted."

  e. MIKE4RUMIAMI1 also stated that "We will do what u r ready 4 no more . . . I just want to plz u."

  f. After I asked him he wanted anything from me, he replied, "I would love to do more with u but I want u to do what u r comfortable with."

  g. After I stated I would perform oral sex on him if he did the same to me, MIKE4RUMIAMI1 replied, "OK kool so when do u want to get together."

13. At the end of the chat, I told MIKE4RUMIAMI that I would meet him at a fast food restaurant on Griffin Road. He stated that his brother had his car, and he asked if I minded riding on his motorcycle. He again provided his phone number.

4

14. Immediately after the chat on July 17, 2009, a female BSO employee, posing as the individual communicating with MIKE4RUMIAMI1, made a call to the cell phone number MIKE4RUMIAMI1 provided during the July 15, 2009 and July 17, 2009 chats. During that call, which was recorded, arrangements were made to meet at a fast food restaurant located at 10260 Griffin Road, Cooper, City, Florida. During the conversation, MIKE4RUMIAMI1 stated that he would be driving his motorcycle.

15. At about 4:25 p.m., WOOLF arrived at the fast food restaurant on a motorcycle. Law enforcement officers identified WOOLF by the photographs he sent during the July 15, 2009 and July 17, 2009 AOL chats and by his driver's license photograph. WOOLF was taken into custody outside the fast food restaurant.

## CONCLUSION

16. Based on the information presented in this affidavit, I respectfully submit that there is probable cause to believe that WOOLF, using a facility and means of interstate commerce, has knowingly attempted to persuade, induce, entice, or coerce any individual who has not attained the age of 18 years to engage in any sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

Joe Vella
Special Deputy United States Marshal

Sworn and subscribed before me
this 21st day of July, 2009.

Honorable Barry S. Seltzer
United States Magistrate Judge

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 09-6280-BSS

UNITED STATES OF AMERICA

vs.

MICHAEL WOOLF,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

BY: _____
Strider L. Dickson
Assistant United States Attor
Court ID No. A5501170
500 E. Broward Blvd.
Ft. Lauderdale, Florida 33394
TEL (954) 660-5960
FAX (954) 356-7336
strider.dickson@usdoj.gov