UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60199-CR-ZLOCH

UNITED STATES OF AMERICA

v.

MICHAEL WOOLF,

      Defendant.

_____/

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States of America and the defendant, Michael Woolf, agree that, had this case proceeded to trial, the United States would have proven the following facts, which occurred in the Southern District of Florida, beyond a reasonable doubt:

On July 15, 2009, a Broward Sheriff's Office ("BSO") detective participated in an online chat in an America Online ("AOL") internet chat network called "lovemucholdermen2" with an individual using the screen name "MIKE4RUMIAMI1." During the chat, the BSO detective stated that he was a 14 year old female named "Trina," who was living in the Ft. Lauderdale area. The detective also sent MIKE4RUMIAMI1 an undercover photograph of "Trina"—a photograph that was actually of a female BSO employee, taken when the employee was 14 years old. MIKE4RUMIAMI1 described himself as a twenty-eight-year-old male living in Miramar, Florida. MIKE4RUMIAMI1 also sent a picture of himself and his phone number. The photograph was later identified as a photograph of the defendant.

On July 17, 2009, the BSO detective again participated in an online chat on the AOL network with MIKE4RUMIAMI1. During the chat, the detective again stated he was a 14 year old female

and sent a second picture of "Trina" to MIKE4RUMIAMI1. MIKE4RUMIAMI1 sent the detective another picture of himself as well. This picture also was later identified as a picture of the defendant.

During the July 17, 2009 chat, MIKE4RUMIAMI1 made a number of sexually suggestive comments, and offered to act as Trina's teacher regarding sexual activity in an effort to entice her to engage in the illicit conduct. He also repeatedly stated he wanted to perform oral sex on "Trina." When "Trina" stated she would return the favor, MIKE4RUMIAMI1 replied, "OK kool so when do u want to get together."

At the end of the chat, the detective told MIKE4RUMIAMI1 that they could meet at a fast food restaurant on Griffin Road. MIKE4RUMIAMI1 stated that his brother had his car, but that he had his motorcycle. He again provided his phone number.

Immediately after the chat on July 17, 2009, a female BSO employee, posing as "Trina," made a call to the cell phone number MIKE4RUMIAMI1 provided. During that call, which was recorded, arrangements were made to meet at a fast food restaurant on Griffin Road in Cooper, City, Florida. The defendant stated that he would be driving his motorcycle.

About 30 minutes after the chat ended, the defendant arrived at the fast food restaurant on a motorcycle. Law enforcement officers identified the defendant by the photographs he sent during the July 15, 2009 and July 17, 2009 AOL chats and by his driver's license photograph. The defendant was taken into custody outside the fast food restaurant.

AOL is a commercial computer service provider that offers Internet services to its subscribers. It also provides instant messaging ("IM") and chat room services to its subscribers, which allow AOL subscribers to communicate with each other via the Internet. The computer servers used to transmit AOL IM and chat room messages are located outside the State of Florida.

Florida law criminalizes sexual activity between an adult and a minor under the age of 16. Florida Statutes § 800.04(4)(a) makes it a second degree felony for any adult to engage in sexual activity with a person 12 years of age or older but less than 16 years of age. Florida Statutes § 800.04(5) also makes it a second degree felony for any adult to intentionally touch in a lewd or lascivious manner the sexual organs of a minor, whether over or under clothing.

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

Date: 11/13/09

By: _____
Strider L. Dickson
Assistant United States Attorney

Date: 11/13/09

By: _____
Jeffrey M. Voluck
Attorney for Defendant

Date: 11/13/09

By: _____
Michael Woolf
Defendant

3